IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02600-CMA-KLM

EUGENE CHRISTENSON, and
SHARON CHRISTENSON,

    Plaintiffs,

v.

CITIMORTGAGE, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Stay Proceedings and to Amend the Scheduling Order** [Docket No. 27; Filed May 28, 2013] (the "Motion"). On January 14, 2013, the Court held a Scheduling Conference and entered a Scheduling Order to govern this matter [#18]. On January 23, 2013, Plaintiff filed an Amended Complaint [#20]. On February 11, 2013, Defendant filed a Motion to Dismiss [#23] that is pending before the undersigned. The Motion was fully briefed on March 21, 2013. At the Scheduling Conference, the Court set a discovery deadline of September 20, 2013 and a dispositive motions deadline of October 21, 2013. In the present Motion, the parties agree that the course of the case and the scope of discovery will be determined by the Court's ruling on the Motion to Dismiss. The parties have accordingly delayed discovery to avoid the expense of potentially unnecessary discovery but are concerned that they must soon begin to conduct discovery because of the September discovery deadline. Based on these considerations and the joint nature of the parties' request,

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that discovery in this matter is **STAYED** until final resolution of the pending Motion to Dismiss [#23].

    Dated: June 4, 2013