IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02600-CMA-KLM

EUGENE CHRISTENSON, and
SHARON CHRISTENSON,

      Plaintiffs,

v.

CITIMORTGAGE, INC.,

      Defendant.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion of Plaintiffs['] for Leave to File a Brief Surreply to Defendant's Reply (Doc. 56) in Support of Defendant's Motion to Dismiss Count IV of Plaintiffs' Third Amended Complaint (Doc. 54)** [#58] (the "Motion"). Defendant filed a Response [#60], and Plaintiffs filed a Reply [#61]. In the Reply, Plaintiffs "withdraw their request to file a separate surreply and modify their motion to request only that the Court consider" certain aspects of *Watson v. Wells Fargo Home Mortgage, Inc.*, 438 S.W.3d 404 (Mo. 2014). Because Plaintiffs no longer seek to file a Surreply, and because the Court will consider *Watson* to whatever extent it deems necessary in resolving the Motion to Dismiss [#54],

      IT IS HEREBY **ORDERED** that the Motion [#58] is **DENIED as moot**.


Dated:  January 20, 2015