IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02600-CMA-KLM

EUGENE CHRISTENSON, and
SHARON CHRISTENSON,

    Plaintiffs,

v.

CITIMORTGAGE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [#68] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#68] is **GRANTED**. The Scheduling Order is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **September 7, 2015**
- Rebuttal Expert Disclosure Deadline — **October 9, 2015**
- Deadline to Serve Written Discovery Requests — **October 16, 2015**
- Discovery Deadline — **November 20, 2015**
- Dispositive Motions Deadline — **January 8, 2016**

    IT IS FURTHER **ORDERED** that a Final Pretrial Conference is **SET** for **April 11, 2016** at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **April 4, 2016**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Dated: April 29, 2015