IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02600-CMA-KLM

EUGENE CHRISTENSON, and
SHARON CHRISTENSON,

    Plaintiffs,

v.

CITIMORTGAGE, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order** [#73] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#73] is **GRANTED**. The Scheduling Order is amended to extend the following deadline:

- Dispositive Motions Deadline                                      **February 8, 2016**

    Dated: December 18, 2015